# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JERRY LEE RUSSELL**  **PLAINTIFF**
**ADC #150918**

v.  **4:20-cv-00714-BRW-JJV**

**GRISWOLD, APN, Cummins Unit,**
**CCS/Wellpath Health Care;** *et al.*  **DEFENDANTS**

## ORDER

I have reviewed the Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's Objections. After carefully considering the objections and making a *de novo* review of the record, I approve and adopt the Partial Recommended Disposition in all respects.

Accordingly, Plaintiff can proceed with his § 1983 claim that Defendants Griswold, Henry, Mullins, Lane, Jones, Kelley, Payne, and Does failed to provide him with constitutionally adequate medical care for low blood pressure and his November 18, 2018 injuries. Plaintiff's § 1983 and ADA claims against Defendants Wilson, Griffin, and Griswold regarding his hearing aids are DISMISSED WITHOUT PREJUDICE. Defendants Wilson and Griffin are DISMISSED WITHOUT PREJUDICE as parties to this lawsuit. I certify that an *in forma pauperis* appeal from this Order would not be taken in good faith.[1]

IT IS SO ORDERED this 6th day of July, 2020.

Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).

1